GEORGE S. CARDONA
Acting United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
DANIEL S. GOODMAN (Cal. State Bar No. 126728)
Assistant United States Attorney
Deputy Chief, Criminal Division
   1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone: (213) 894-4667
   Facsimile: (213) 894-0141
   E-Mail: daniel.goodman@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>IVAN ANDRADE MENDEZ,<br>   aka "El Cantaro,"<br><br>A Fugitive from the Government of Mexico. | No. 10-398M<br><br>[PROPOSED] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

    Upon consideration of the request of the United States for the detention of fugitive IVAN ANDRADE MENDEZ, aka "El Cantaro," pending extradition proceedings, and good cause appearing therefor,

    IT IS HEREBY ORDERED that said request is GRANTED without prejudice. This order is based upon the following conclusions of law and findings of fact:

    1.    In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d

1225, 1228 (9th Cir. 1984). The burden of showing special circumstances rests upon the fugitive. <u>See, e.g.</u>, <u>Salerno</u>, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" have been shown to exist. This finding is without prejudice to a later motion for bail.

  2. Because the Court finds no special circumstances to be present, it does not reach the issues of flight risk and danger to the community.

  IT IS SO ORDERED.

DATED: March 5, 2010.

*[signature]*
HONORABLE CARLA WOEHRLE
United States Magistrate Judge

Presented by:

GEORGE S. CARDONA
Acting United States Attorney

*[signature]*
DANIEL S. GOODMAN
Assistant United States Attorney

CERTIFICATE OF SERVICE

I, **PATRICIA BALDERAS,** declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of: **PROPOSED ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION**
**Service was:**

[ ] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[ x ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By hand delivery addressed as follows:

[ ] By facsimile as follows:

[ ] By messenger as follows: [ ] By federal express as follows:
**James M. Hodges**
**16505 Clark Ave**
**Bellflower, CA 90706**

This Certificate is executed on **March 4, 2010,** at Los Angeles, California.

I certify under penalty of perjury that the foregoing is true and correct.

_____
PATRICIA BALDERAS